# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO.S' 92-00802, 93-00257, 93-00422, 93-00423, 93-00550 94-00968, 95-00792, 96-00214, 97-00230, 97-00241, 97-00743, 98-00063, 98-00673, 98-00783, 99-00261, 99-00268, 99-00303, 99-341, 99-00825, 00-00027, 00-00101, 00-00375, 00-00458, 01-00357, 03-00325, 03-00326 AND 04-00661 |
| CASE NAME: | IN RE: HAWAII FEDERAL ASBESTOS CASES |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Robert E. Jones | REPORTER: | |
| DATE: | 09/21/2007 | TIME: | |

COURT ACTION:  EO:            "MINUTE ORDER"


     These cases' are now closed for Administrative purposes, with the understanding that if the settlement in the case became viable again, these cases' will be immediately reopened without cost to any additional filing fees.



Submitted by Leslie L. Sai, Courtroom Manager